AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| United States | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. CR 23-088-02 |
| Suez Rajan Limited | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Suez Rajan Limited.

Date: 04/13/2023

*Attorney's signature*

Christopher D. Man, 453553
*Printed name and bar number*

Winston & Strawn
1901 L Street, NW
Washington, DC 20036

*Address*

CMan@winston.com
*E-mail address*

(202) 282-5622
*Telephone number*

(202) 282-5100
*FAX number*